■ BRENDA L. D'AMBRA, Appellant, v RICHARD T. D'AMBRA, Respondent. DEAN J. FERO, Attorney for the Children, Respondent. (Appeal No. 1.) [942 NYS2d 859]—Appeal from an order of the Supreme Court, Monroe County (Elma A. Bellini, J.), entered September 29, 2010 in a divorce action. The order, among other things, determined the equitable distribution of the marital assets.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Scudder, P.J., Fahey, Lindley and Martoche, JJ.